No. 384. MAHAFFEY *v.* HUDSPETH, WARDEN. October 19, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Clarence E. Mahaffey, pro se. Solicitor General Fahy* and *Assistant Attorney General Berge* for respondent.

No. 314. LAKESIDE IRRIGATION Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. October 19, 1942. The motion to defer consideration of the petition for writ of certiorari is denied. The petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit is also denied. *Mr. Camden R. McAtee* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Samuel H. Levy* for respondent.

No. 364. BUNN *v.* ATLANTA. October 19, 1942. Petition for writ of certiorari to the Court of Appeals of Georgia denied on the ground that it does not appear from the record that application therefor was made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350. *Mr. Hal Lindsay* for petitioner. *Messrs. J. C. Murphy* and *Frank A. Hooper, Jr.* for respondent.

No. 372. Fox *v.* UNITED STATES. October 19, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Mr. Abraham L. Freedman* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Robert S. Er-*

dahl, *Andrew F. Oehmann,* and *Archibald Cox* for the United States.

No. 122. KRAVITZ *v.* STATE OF NEW YORK. October 19, 1942. Petition for writ of certiorari to the Court of Appeals of New York denied. *Mr. Jacob W. Friedman* for petitioner.

No. 199. CRAIN ET AL., TRUSTEES, *v.* UNITED STATES. October 19, 1942. Petition for writ of certiorari to the Court of Claims denied. *Mr. Geo. E. H. Goodner* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *J. Louis Monarch* for the United States.

No. 337. TOKATYAN *v.* CHOPNICK. October 19, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Benjamin Pepper* for petitioner. *Mr. Benjamin Howe Conner* for respondent.

No. 343. THOMPSON *v.* GEORGIA. October 19, 1942. Petition for writ of certiorari to the Court of Appeals of Georgia denied. *Mr. Thomas Howell Scott* for petitioner.

No. 346. STONEWALL COTTON MILLS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. October 19, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. William H. Watkins* and *P. H. Eager, Jr.* for petitioner. *Solicitor General Fahy* and